UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROGER GARCIA,                                                 Case No. 16-cv-22870-DPG
    Plaintiff,

vs.
JIA LOGISTICS, INC a Florida Profit Corporation, and
CANDIS C. LOPEZ, individually,
    Defendants.
_____/

## STATEMENT OF CLAIM

Now comes the Plaintiff, ROGER GARCIA, through the undersigned and files the above-described Statement of Claim as follows:

**I.**     **AMOUNT OF UNPAID WAGES**

The Plaintiff is seeking compensation for unpaid overtime wages. Based upon the Plaintiff's calculations, the Plaintiff regularly worked an excess of 10 hours per week from January 2014 to December 2015. Yet, Plaintiff was never properly compensated for overtime wages between January 2013 to December 2015, as required by the FLSA, 29 U.S.C. §201 et seq. As a result, the Plaintiff is owed approximately $19,886.00 in unpaid overtime wages.[1]

**II.**     **CALCULATIONS OF UNPAID WAGES**

*Under 3 year statute of limitations period for willful violation of FLSA*[2]
From January 2014- December 2015 = 101 weeks
10 hours per week of overtime
$13.13 (pay rate) x 1.5 = $19.69/hr for OT hours worked

---

[1] These figures do not encompass any liquidated damages that the plaintiff is entitled to, pursuant to FLSA, 29 U.S.C. §213 or attorney's fees and costs.

[2] If willfulness is not found then Plaintiff would seek *Under 2 years statutes of limitations for non-willful violation of FLSA* – from July 2014 – December, 2015 = 75 weeks 10 hours per week of overtime $13.13 (pay rate) x 1.5 = $19.69/hr for OT hours worked.
Therefore 75 wks x 10hrs/wk of OT $19.69 (OT 1.5 x rate of pay) = $14,767.50 Liquidated damages = $14,767.50
Total Damages: $29,535.00 Plus Reasonable Attorney's Fees and Costs

Therefore 101wks x 10hrs/wk of OT $19.69 (OT 1.5 x rate of pay) = $19,886.00
Liquidated damages = $19,886.00
Total Damages: $$39,772.00 Plus Reasonable Attorney's Fees and Costs

### III. APROXIMATE PERIOD FLSA VIOLATIONS OCCURRED

The time period in which the alleged FLSA violations occurred is the time period of January, 2014 through December, 2015 (Date of separation from employment).[3]

### IV. NATURE OF THE WAGES

The nature of the wages owed to ROGER GARCIA is unpaid overtime wages.

Respectfully submitted,

**CORONA LAW FIRM, P.A.**
Counsel for the Plaintiff
3899 NW 7th Street, 2nd Floor
Miami, FL  33126
Telephone: (305) 266-1150
Facsimile: (305)266-1151
Email: nina@coronapa.com
Secondary Email: crm@coronapa.com

By:_____
Ricardo Corona, Esq., FBN 111333
Nina Tarafa, Esq., FBN 121178

---

[3] Based upon allege of willfulness the plaintiff seek damages for 3 years prior the date of filing.